## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| **TRUENORTH ENTERPRISES, L.C.,** | |
| **Plaintiff,** | **No. C08-0026** |
| **vs.** | **REPORT AND RECOMMENDATION** |
| **CHAD SUTER,** | |
| **Defendant.** | |

_____

On March 26, 2008, Plaintiff TrueNorth Enterprises, L.C. filed a Motion for Temporary Restraining Order or in the Alternative, for Preliminary Injunction (docket number 2). Judge Edward J. McManus entered an Order (docket number 4) on March 27, 2008, referring Plaintiff's Motion to the undersigned Magistrate Judge for a report and recommendation. The Court then entered an Order Setting Hearing on April 4, 2008. *See* Order Setting Hearing (docket number 9).

Prior to the hearing, however, the Court was contacted by Attorney Kelly R. Baier, representing TrueNorth Enterprises, L.C., and Attorney Matthew L. Preston, representing Defendant Chad Suter. Counsel advised the Court that they had reached a stipulated agreement which obviated the need for a ruling on Plaintiff's Motion for Preliminary Injunction. The Stipulated Agreement was faxed to the undersigned and the Court has now signed and filed the Agreement.

Pursuant to the agreement of the parties, the Motion for Temporary Restraining Order or in the Alternative, for Preliminary Injunction is moot and should be terminated.

# REPORT AND RECOMMENDATION

IT IS THEREFORE respectfully recommended that the District Court order that the Motion for Temporary Restraining Order or in the Alternative, for Preliminary Injunction (docket number 2) be terminated as moot.

DATED this 4th day of April, 2008.

JON STUART SCOLES
United States Magistrate Judge
NORTHERN DISTRICT OF IOWA