IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRUENORTH ENTERPRISES, LC, | No. C 08-26 EJM |
| Plaintiff, | ORDER |
| vs. | |
| CHAD SUTER, | |
| Defendant. | |

This matter is before the court on the Report and Recommendation of the Magistrate, filed April 4, 2008. Adopted.

On March 27, 2008, the court referred plaintiff's Motion for Temporary Restraining Order or in the Alternative, for Preliminary Injunction, to the Magistrate Judge for a Report and Recommendation. Upon the parties' representation to the court that they had reached a stipulated agreement eliminating the need for a ruling on the motion for equitable relief, the Magistrate Judge recommended the motion be terminated as moot. No objections have been filed.

The Report and Recommendation shall be adopted.

It is therefore

ORDERED

Adopted. Plaintiff's Motion for Temporary Restraining Order or in the Alternative, for Preliminary Injunction, is denied as moot.

April 22, 2008.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT